# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0117.  BILLY WAYNE PHILLIPS v. THE STATE.**

Billy Wayne Phillips seeks appellate review of the trial court's order denying his motion for a second copy of his trial transcript and case records. We lack jurisdiction because Phillips's application for discretionary appeal is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, the trial court's order was entered on July 5, 2018, and Phillips filed this application for discretionary appeal on September 27, 2018, which was 84 days later.  His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/18/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.